# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Michael Seabrook ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:14-cv-03059-AMD-RER |
| The City of New York and P.O. Peter Lazare ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Jury verdict rendered in favor of the defendants.

This action was *(check one)*:

☑ tried by a jury with Judge    Ann M. Donnelly    presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 2/26/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*